UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE,
        Plaintiff,

v.                                                       C.A. No.: 1:19-cv-00232-WES-PAS

SALVE REGINA UNIVERSITY
        Defendant.

## **DISMISSAL STIPULATION**

Plaintiff John Doe and Defendant Salve Regina University ("Salve") stipulate and agree by and through their undersigned counsel that this action is hereby dismissed, with prejudice, no costs to award and all rights of appeal waived.

| JOHN DOE | SALVE REGINA UNIVERSITY |
|---|---|
| By His Attorney, | By Its Attorney, |
| /s/ Stephen J. Brouillard | |
| /s/ Theresa L. Sousa | /s/ Steven M. Richard |
| Stephen J. Brouillard (#6284) | Steven M. Richard (#4403) |
| Theresa L. Sousa (#7745) | Nixon Peabody LLP |
| Bianchi Brouillard Sousa & O'Connell, P.C. | One Citizens Plaza, Suite 500 |
| 56 Pine Street, Suite 250 | Providence, RI 02903 |
| Providence, RI 02903 | Tel: 401-454-1020 |
| Tel: 401-223-2990 | Fax: 401-454-1030 |
| sbrouillard@bbsolaw.com | srichard@nixonpeabody.com |
| tsousa@bbsolaw.com | |

/s/ John R. Grasso
John R. Grasso (#7495)
One Custom House Street, 3rd Fl.
Providence, RI 02903
Tel: 401-525-2096
jrg@johngrassolaw.com

## CERTIFICATION

I hereby certify that, on this 22nd day of May 2019, this Stipulation was electronically filed and served via the Court's CM/ECF system.

/s/ Stephen J. Brouillard